SCANNED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2013 OCT 28  A 10: 46

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:12-cr-68-DBH-007 |
| | ) |
| ANGELA GOLDTHWAIT | ) ENTERED ON THE DOCKET:_____ |

### ORDER OF DISCHARGE

It appearing that the defendant is now entitled to be discharged for the reason that the Court has granted the motion of the Government for dismissal without prejudice, of the offense of Conspiracy to Distribute and Possession with Intent to Distribute Oxycodone, and Aiding and Abetting, as charged in Count One of the Indictment,

IT IS THEREFORE ADJUDGED THAT THE DEFENDANT IS HEREBY DISCHARGED PURSUANT TO RULE 48(a), Fed. R. Crim. P.

Dated this 28th day of October, 2013.

D. Brock Hornby
U.S. District Judge